IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br><br>SWIFT ENERGY COMPANY, ET AL<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12670 (MFW)<br>BAP No. 16-31 |
| MORRIS PROPP II, MORRIS PROPP II FOUNDATION,<br><br>Appellant,<br><br>v.<br><br>SWIFT ENERGY COMPANY,<br><br>Appellee. | C.A. No. 16-404 GMS |

ORDER

At Wilmington this ___20th___ day of June, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 7);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **July 11, 2016.**

_____
UNITED STATES DISTRICT JUDGE